IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

TERRY E. ALEXANDER, *

    Plaintiff *
                                       CASE NO. 3:10-CV-19 (CDL)
vs. *

MICHAEL J. ASTRUE, Commissioner *
of Social Security
                                *

    Defendant
                                *

## ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on January 7, 2011. Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 4th day of February, 2011.

                                                         S/Clay D. Land
                                                           CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE